IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELEVAR HOME CARE,
(Dennis Lowe, Beverly Niewolak,
David Oswald and Sharon Wasil)

       Plaintiff,               USDC Case no.: 22-12481

-v-
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM GENERAL
INSURANCE COMPANY and STATE FARM FIRE
AND CASUALTY COMPANY,

       Defendants.

| | |
|---|---|
| ANTHONY J. NARDONE (P78836) | CINNAMON A. PLONKA (P60979) |
| Nardone Law | JOSHUA T. CHRISTOPHER (P74986) |
| Attorney for Plaintiff | EULA J. JOHNSON (P63614) |
| 14 First Street | Zausmer, P.C. |
| Mt. Clemens, MI 48043 | Attorneys for Defendant |
| (586) 580-0007 | 32255 Northwestern Highway, Suite 225 |
| anthony@nardonelawllc.com | Farmington Hills, MI 48334-1574 |
| | (248) 851-4111 Fax: (248) 851-0100 |
| | cplonka@zausmer.com |
| | jchristopher@zausmer.com |
| | ejohnson@zausmer.com |

**STIPULATED ORDER DISMISSING DEFENDANTS STATE FARM GENERAL INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY, ONLY**

    Pursuant to stipulation of the parties as indicated by the below signatures of their respective counsel:

    **IT IS HEREBY ORDERED** that Defendants, State Farm General Insurance Company and State Farm Fire And Casualty Company, are hereby dismissed without prejudice and without cost to any party.

{04589103}

**IT IS FURTHER ORDERED** that Counts V, VI, VII, VIII, IX, X, XI, and XII of Plaintiff's Complaint are hereby dismissed without prejudice and without cost to any party.

**IT IS FURTHER ORDERED** that on September 19, 2022, Defendant State Farm Mutual Automobile Insurance Company's registered agent, received service of Plaintiff's Complaint via certified mail.

**IT IS FURTHER ORDERED** that Defendant State Farm Mutual Automobile Insurance Company is the insurer of Dennis Lowe, Beverly Niewolak, David Oswald and Sharon Wasil for No-Fault benefits, for their respective accidents, and is the proper entity for Plaintiff's to seek reimbursement for the accident-related care that was provided to these individuals under the No-Fault Act MCL 500.3101 *et.seq.*

**IT IS FURTHER ORDERED** that if the representations of State Farm Mutual Automobile Insurance Company are incorrect and it is not the insurer of Dennis Lowe, Beverly Niewolak, David Oswald, or Sharon Wasil for No-Fault benefits for their respective accidents, Defendants State Farm General Insurance Company and/or State Farm Fire And Casualty Company will be reinstated as defendants in this litigation and Revevar will maintain all causes of action, legal claims, and benefits owed, which have accrued since July 1, 2021, as if they were never dismissed from this litigation.

**IT IS FURTHER ORDERED** that this Stipulated Order does not in any way constitute a wavier on the part of Defendant State Farm Mutual Automobile Insurance Company of any defenses, either known or that may be uncovered during discovery in this litigation, to Plaintiff's claims under the no-fault act pertaining to Dennis Lowe, Beverly Niewolak, David Oswald and Sharon Wasil.

This is <u>not</u> the Final Order and does <u>not</u> dismiss this case.

**IT IS SO ORDERED.**

Date: November 3, 2022                       s/Shalina D. Kumar
                                                      Shalina D. Kumar
                                                      United States District Judge

Stipulated to entry, notice of hearing hereby waived:

Nardone Law

By:    */s/ Anthony J. Nardone/ With Permission*
        ANTHONY J. NARDONE (P78836)
        Attorneys for Plaintiff

Zausmer, P.C.

By:    */s/ Joshua T. Christopher*
        JOSHUA T. CHRISTOPHER (P74986)
        Attorneys for Defendant