UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELEVAR HOME CARE,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____/

Case No. 22-12481

Shalina D. Kumar
United States District Judge

**NOTICE OF RULE 16 SCHEDULING CONFERENCE
AND RULE 26 JOINT DISCOVERY PLAN DEADLINE**

Take notice that the above-entitled case has been set for a Telephonic Rule 16 Scheduling Conference on January 18, 2023 at 9:45 a.m. before the Honorable Shalina D. Kumar. The parties are to use the following call-in information: Call-In Number: 810-674-0063 and Conference ID: 731 688 548.

Before the Scheduling Conference, pursuant to Rule 26(f)(2), the attorneys of record are jointly responsible for the preparation of a discovery plan that includes the information identified in Rule 26(f)(3) and may also include reference to the issues listed in Rule 16(c)(2) if relevant. Rule 26(f)(1) requires that the parties confer no later than 21 days before the

1

scheduling conference and develop a proposed discovery plan.  This plan[1] must be submitted to the Court at least seven days before the date of the Rule 16 Scheduling Conference date identified above.

Date: December 7, 2022                    s/Shalina D. Kumar
                                                                 Shalina D. Kumar
                                                                 United States District Judge

---

[1] The parties are directed to use the Rule 26(f) Discovery Plan Template located in Judge Kumar's Practice Guidelines on the Court's website.